```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
JOSE REGALADO,                      :

        Petitioner,           :     **ORDER**

  -against-                          :     09 CIV. 7725 (PKL)

UNITED STATES OF AMERICA,           :     {96 Cr. 505 (PKL)}

        Respondent.           :

- - - - - - - - - - - - - - - - - -X

**LEISURE,** District Judge:

    On September 8, 2009 petitioner filed with the Pro Se office of this court a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Respondent shall have until November 6, 2009 to file a response to said motion.

    Petitioner is hereby instructed that all future filings with this Court shall have an Affidavit of Service affixed thereto, indicating that service has been made to the United States Attorney's Office for the Southern District of New York, and a courtesy copy has been sent to Chambers. The original document submitted for filing shall be addressed to the Clerk of Court for the Southern District of New York and shall bear the two docket numbers which appear on this Order.

**SO ORDERED**

Dated:   New York, NY
        September 22, 2009

                            _____
                                  USDJ

TO:  AUSA Howard S. Master

     Mr. Jose Regalado
     ID # 24040-038
     LSCI Allenwood
     PO Box 1000
     White Deer, PA  17887